### STATE v. DUKE et al.

(Supreme Court of Texas.　June 23, 1911.)

On motion for rehearing.　Motion overruled.

For former opinion, see 137 S. W. 654.

BROWN, C. J.　We have given due consideration to the motion for rehearing in this case, and it is overruled.　We fully concurred in the opinion of the court prepared by Mr. Justice Ramsey (137 S. W. 654), which we believe correctly announces the law in this state on the subject.　If the law is to be changed, it must be done by the Legislature. This court has not considered the policy of that law.

DIBRELL, J., concurs.